David W. Kesselman (SBN 203838)
Kesselman@glwllp.com
Trevor V. Stockinger (SBN 226359)
Stockinger@glwllp.com
Koral E. Fusselman (SBN 287744)
Fusselman@glwllp.com
GOLDBERG, LOWENSTEIN &
WEATHERWAX LLP
11400 W. Olympic Blvd., Suite 400
Los Angeles, CA 90064
Telephone: (310) 307-4500
Facsimile: (310) 307-4509

JS-6

*Attorneys for Plaintiff*
**Alan Darush MD, APC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN DARUSH MD, APC, a California professional corporation, <br><br> Plaintiff, <br><br> vs. <br><br> REVISION, L.P., a Texas limited partnership; LOVELY SKIN, INC., a Nebraska corporation, and DOES 1 through 20, inclusive, <br><br> Defendant. | CASE NO. CV-12-10296-GAF (AGRx) <br><br> *Assigned for all purposes to the Honorable Gary A. Fees* <br><br> **ORDER APPROVING STIPULATION OF DISMISSAL** |

---

**ORDER APPROVING STIPULATION OF DISMISSAL**
*Alan Darush MD, APC v. Revision, L.P., etc., et al., Case No. 12-CV-GAF (AGRx)*

1 | The parties have entered into a Stipulation of Dismissal ("Stipulation") as part of a settlement agreement entered into among the parties;

THE COURT, having reviewed and considered the Stipulation and good cause appearing,

IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

DATED: March 6, 2014

_____
Honorable Gary A. Feess
United States District Court Judge

**JS-6**

---

**ORDER APPROVING STIPULATION OF DISMISSAL**
*Alan Darush MD, APC v. Revision, L.P., etc., et al., Case No. 12-CV-GAF (AGRx)*